ACCEPTED
03-16-00725-CV
14564949
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 4:44:45 PM
JEFFREY D. KYLE
CLERK

# No. 03-16-00725-CV

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 4:44:45 PM
JEFFREY D. KYLE
Clerk

**KENNETH M JASINSKI,**

*APPELLANT,*

V.

**PUBLIC UTILITY COMMISSION OF TEXAS AND ONCOR ELECTRIC DELIVERY COMPANY, LLC,**

*APPELLEES.*

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 38.6(d) and 10.5(b), the Public Utility Commission of Texas (Appellee) asks the Court to extend the time to file its Appellee Response Brief to February 1, 2017, and fully states:

1.     Appellee's Response Brief is due to be filed with this Court on January 17, 2017, Tex. R. App. P. 4.1(a).

2.     Appellee seeks a 15-day extension of time to file Appellee's Response Brief, which would make the Response Brief due on or before **February 1, 2017**. The Court has the authority under Tex. R. App. P. 38.6(d) to extend the time to file

Appellee's brief.

3.     Appellee has conferred with the Appellant and counsel for Oncor Electric Delivery Company, LLC, the other Appellee in this case. The Appellant and Oncor Electric Delivery Company, LLC, do not oppose this motion to extend time.

4.     No previous extension has been granted for the time to file Appellee's Response Brief.

5.     Appellee is making this request not for purposes of delay, but so that counsel may have adequate time to prepare its responses. Additional time is needed to file Appellee's Response Brief because of the holiday season as well as other briefing and litigation deadlines in other cases in the coming month.

## PRAYER

For these reasons, Appellee respectfully request an extension of 15-days to file its response to Appellant's Brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

2

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

*/s/ Sireesha Chirala*
SIREESHA CHIRALA
State Bar No. 24087295
Assistant Attorney General
Sireesha.Chirala@oag.texas.gov

JOHN R. HULME
State Bar No. 10258400
Assistant Attorney General
John.Hulme@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

ATTORNEYS FOR APPELLEE PUBLIC
UTILITY COMMISSION OF TEXAS

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Kenneth M Jasinski, the Appellant, and Tab Urbantke, counsel for the other Appellee, Oncor Electric Delivery Company, LLC, on December 30, 2016. Mr. Jasinski informed me on December 30, 2016, and Mr. Urbantke informed me on January 4, 2017, that they do not oppose this motion.

*/s/ Sireesha Chirala*
SIREESHA CHIRALA

## CERTIFICATE OF SERVICE

I certify that on January 4, 2017, a true and correct copy of Appellee's Unopposed Motion for Extension of Time to File was served through an electronic filing manager or by email:

***Attorney for Appellant, Pro Se***:
Kenneth M Jasinski
6319 Westchester Drive
Dallas, Texas 75205
Tel: (214) 559-0643
Kmjasinski@aol.com

***Attorneys for Appellee, Oncor Electric Delivery Company, LLC***

Tab R. Urbantke
Lauren Freeland
Vinson & Elkins, LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
turbantke@velaw.com
lfreeland@velaw.com

John C. Stewart
Daniel G. Altman
Oncor Electric Delivery Company, LLC
115 West 7th Street, Suite 405
Fort Worth, Texas 76101
john.stewart@oncor.com

*/s/ Sireesha Chirala*
SIREESHA CHIRALA